**UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| TYLER SABEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1: 22−cv−07300 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| SILIKER GROUP CORPORATION. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S INITIAL STATUS REPORT**

Plaintiff, Tayler Sabey, through his respective undersigned counsel, provide the following

Initial Status Report:

I. <u>**The Nature of the Case**</u>

A. **Attorneys of Record**

Attorney for Plaintiff

Alexander Taylor
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
E-Mail: <u>nvolheim@sulaimanlaw.com</u>

Attorneys for Defendant

No Appearance On File

B. **Status of Service**

Defendant has been served and has until March 3, 2023, to file an Answer to Plaintiff's

Complaint.

**C.     State the basis for federal jurisdiction.**

Plaintiff contends that this Court has jurisdiction over its Title VII claims pursuant to 28

U.S.C. §1331.

**D.     Nature of the Claims**

Plaintiff is a member of a protected class and the Defendant allegedly violated the American's with Disabilities Act ("ADA") and allegedly Retaliated against Plaintiff in violation of 42 U.S.C.§12101, et seq. Plaintiff contends that Defendant also allegedly failed to Accommodate in violation of the American with Disabilities act of 1990, as amended, 42 U.S.C.§ 12101 et seq.

**E.     Major Legal and Factual Issues Anticipated**

-   Whether Plaintiff was discriminated against or harassed during his employment with Defendant.

-   Whether Plaintiff performed according to his employer's legitimate expectations during all time periods at issue in the Complaint

-   Whether Plaintiff made any complaints to Defendant and/or requested accommodations for his disability, and made complaints regarding the conduct alleged and/or alleged discrimination during his employment.

-   Whether Plaintiff engaged in any protected activity as alleged in the Complaint

-   Whether Defendant engaged in the conduct alleged and/or any other conduct calculated to harass, discriminate and/or retaliate against Plaintiff during his employment with Defendant

-   Whether any conduct alleged against Defendant created a hostile work environment as alleged, on any basis, during his employment with Defendant

-   The nature and extent of Plaintiff's damages.

-   Whether any defenses asserted by Defendant operate to defeat and/or negate Plaintiff's claims

**F.     Relief Sought by Plaintiff**

Plaintiff seeks the following relief against Defendants pursuant to Counts of his claims against the Defendant: Back pay and benefits, Interest on back pay and benefits, front pay and benefits, Compensatory damages for emotional pain and suffering, pre and post judgement interest, injunctive relief, liquidated damages, punitive damages, reasonable attorney's fees and costs and other relief this court may been just and equitable. .

## II.   Case Plan

### A-B.   Pending Motions and Responsive Pleadings

None at this time. Defendant has not answered the Complaint.

### C.   Proposed Discovery Plan

#### i.   Type of Discovery Needed

Plaintiff anticipates needing written and oral fact discovery. The Parties are uncertain as to whether expert discovery will be required in this matter at this time and based upon the early stage of this litigation.

#### ii.   ESI Discovery

Plaintiff does not anticipate that discovery will include ESI and does not anticipate any issues regarding discovery or disclosure of the same at this time.

#### iii.   Issues of Agreements Regarding Claims of Privilege or Protection

Not yet determined at this time.

#### iv.   Rule 26(a)(1) Disclosures:  April 28, 2023

#### v.   Fact Discovery to be completed: July 19, 2023

#### vi.   Expert Discovery:

At this time, Plaintiff is unsure as to whether they will require expert discovery regarding issues of liability and/or damages.

#### vii.   Changes on Limitations in Discovery Imposed by FRCP and Local Rules:

None at this time.

#### viii.   Dispositive Motions to be filed by:  August 17, 2023

    **D.**     **Jury Demand and Estimated Length of Trial**

Plaintiff filed a jury demand and anticipates the probable length of trial will be 3-5 days.

**III.**   **Settlement**

The parties have engaged in preliminary settlement discussions. Plaintiff believes a settlement conference may be helpful in resolving this matter.

**IV.**   **Consent to Proceed Before a Magistrate Judge**

The Parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully Submitted,

/s/ *Alexander Taylor*
Attorney for Plaintiff

Alexander Taylor, Esq.
Atlas Consumer Law
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
E-Mail: ataylor@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the ECF/CM system** on March 1, 2023.

/s/ *Alexander Taylor*
Attorney for Plaintiff

4